# **RYDER LAW FIRM**
**6739 MYERS ROAD
EAST SYRACUSE, NEW YORK 13057
ryderlawfirm@gmail.com
Phone: 315-382-3617
Fax: 315-295-2502**

June 28, 2021

Honorable Andrew T. Baxter
Federal Building and U.S. Courthouse
P.O. Box 7396
Syracuse, NY 13261-7396

      **RE:**    RE: 5:20-cv-00489-GTS-ATB Compagni v. Town of Cortlandville, et al.
                  Status update/Request for an extension

Dear Judge Baxter:

    Pursuant to Your Order to have our mediation completed by June 20th, we have not done so, but we have scheduled our mediation with Mr. Pease on July 22, 2021. We ask that you understand that we have worked to accommodate everyone's schedules in getting this scheduled.

    Mr. Gulisano and I are asking for the deadline for mediation to be reset to reflect the date of July 22, 2021. In the event that this case fails to settle at mediation we will also need to have our discovery deadlines reset as well, as we expect significant depositions and likely discovery motions. Thank you.

                                              Respectfully,

                                              Jesse P. Ryder

CC: Philip Gulisano (via Efile)