# **RYDER LAW FIRM**

**6739 MYERS ROAD**
**EAST SYRACUSE, NEW YORK 13057**
ryderlawfirm@gmail.com
**Phone: 315-382-3617**
**Fax: 315-295-2502**

November 16, 2022

Honorable Andrew T. Baxter
Federal Building and U.S. Courthouse
P.O. Box 7396
Syracuse, NY 13261-7396

    **RE:**    RE: 5:20-cv-00489-GTS-ATB Compagni v. Town of Cortlandville, et al.

Dear Judge Baxter:

    I am writing this letter to request another discovery conference in order to keep this case moving along. This office has provided the Defense with deficiency letters concerning both their response to our demand for interrogatories and document demands on August 31st and September 5th, respectively. This office has received a number of email threads from the Defense, but none of the documents provided have been tethered to our specific demands. Finally, we have attempted to schedule depositions but have had no response. Based upon Your Honor's current Scheduling Order and the large number of depositions looming, it is imperative that we begin these depositions promptly. I have attached our deficiency letters hereto. Thank you.

    Respectfully,

    *Jesse Ryder*

    Jesse P. Ryder

CC: Philip Gulisano (via Efile)