UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

In the Matter of the reassignment of                    ORDER
Civil Cases to the Honorable Anne M. Nardacci     OF REASSIGNMENT

_____

      **ORDERED** that the following cases have been reassigned to the Honorable Anne M. Nardacci, U.S. District Judge. They will remain assigned to the respective Magistrate Judges.

| Case Number | Caption |
| --- | --- |
| 1:20-cv-267 (GTS/CFH) | Rhodes, et al v. Phoenix Arms |
| 1:21-cv-25 (GTS/ML) | Lynch, Sr. v. Hanley, et al |
| 1:21-cv-308 (GTS/DJS) | Vincenzo, et al v. Wallkill Central School District, et al |
| 1:21-cv-718 (GTS/DJS) | Luce, II v. YRC Inc., et al |
| 1:21-cv-997 (GTS/DJS) | Ocasio v. Six Flags Great Escape, L.P. |
| 1:22-cv-89 (GTS/CFH) | Wolcott v. Mattracion, et al |
| 3:20-cv-1260 (GTS/ML) | Everett v. Dean, et al |
| 3:22-cv-353 (GTS/ML) | DeCoursey, et al v. Murad, LLC |
| 3:22-cv-1207 (GTS/ML) | Rosen v. Kerry Biofunctional Ingredient Inc. |
| 5:20-cv-489 (GTS/ATB) | Compagni v. Town of Cortlandville, et al |
| 5:21-cv-159 (GTS/ATB) | Ciancio v. Commissioner of Social Security |
| 5:22-cv-330 (GTS/TWD) | Aley v. Lightfire Partners LLC |
| 8:22-cv-473 (GTS/CFH) | Bedore v. Lind |

**IT IS SO ORDERED.**

Dated: January 19, 2023
Syracuse, New York

Brenda K. Sannes
Chief U.S. District Judge