

Daniel R. Connors
James J. Nash *
Jonathan D. Cox **
Philip M. Gulisano
Andrew J. Kowalewski
Bethany A. Rubin

Michael B. Dixon
Special Counsel

*Also Admitted in Massachusetts
**Also Admitted in Illinois

**www.NashConnors.com**
*Powered By Relationships. Driven By Results.*

344 Delaware Avenue, Suite 400
Buffalo, New York 14202
P: (716) 842-4121
F: (716) 842-8750
*(No Electronic Service)*

Amy Pesta
Paralegal

June 30, 2023

**VIA CM/ECF ONLY**
Hon. Andrew T. Baxter
U.S. Magistrate Judge
U.S. District Court, Northern District of New York
James M. Hanley Federal Building & U.S. Courthouse
100 S. Clinton Street
Syracuse, New York 13261

> RE: **COMPAGNI v. TOWN OF CORTLANDVILLE, ET AL**
> **Case No** : **5:20-CV-00489 – GTS-ATB**
> **File No** : **SEL-0028**

Dear Judge Baxter:

We are in receipt of plaintiff's correspondence dated June 28, 2023, requesting an extension of various deadlines in this case dated. On behalf of defendants, we join in this request. While it appears party depositions are now complete, defendants intend to serve subpoenas on 2-3 nonparty witnesses, in addition to conducting the nonparty deposition of Mr. Neuman, which was scheduled by the plaintiff. Accordingly, we request an extension of the current deadlines to both complete these depositions and then serve expert disclosures.

We would be happy to participate in a brief conference with Your Honor if that makes more sense to discuss this matter.

Respectfully Submitted,

**NASH CONNORS, P.C.**

*/s/ Philip M. Gulisano*

Philip M. Gulisano
gulisano@nashconnors.com

PMG:jjb
cc.    Jesse Ryder, Esq. (via CM/ECF only)