Daniel R. Connors
James J. Nash *
Jonathan D. Cox **
Philip M. Gulisano
Andrew J. Kowalewski
Bethany A. Rubin

# NASH CONNORS
### Attorneys

344 Delaware Avenue, Suite 400
Buffalo, New York 14202
P: (716) 842-4121
F: (716) 842-8750
*(No Electronic Service)*

Michael B. Dixon
Special Counsel

**www.NashConnors.com**
*Powered By Relationships. Driven By Results.*

Amy Pesta
Paralegal

*Also Admitted in Massachusetts
**Also Admitted in Illinois

September 21, 2023

**VIA CM/ECF ONLY**
Hon. Andrew T. Baxter
U.S. Magistrate Judge
U.S. District Court, Northern District of New York
James M. Hanley Federal Building & U.S. Courthouse
100 S. Clinton Street
Syracuse, New York 13261

> **RE:** **COMPAGNI v. TOWN OF CORTLANDVILLE, ET AL**
> **Case No** :     **5:20-CV-00489 – GTS-ATB**

Dear Judge Baxter:

On behalf of the defendants, we respectfully request, what we believe to be one final extension of the dates set forth in Your Honor's last scheduling order of July 6, 2023. We are mindful that both plaintiff and defendant have requested several extensions, however, due to my schedule over the summer and a trial that I was preparing for in September, I request an additional sixty (60) days to complete fact discovery and provide expert disclosure.

As we have previously reported to Your Honor, we have conducted several party and non-party depositions in this case. The last deposition we conducted was on July 21, 2023. Upon receiving and reviewing the transcript of that witness, and in consideration of the fact that the witness testified about interactions with a witness in this case who was deposed, but subsequently deceased, there are three additional non-party witnesses that I would like to depose. I am prepared to issue subpoenas immediately, however, I request an additional sixty (60) days to complete these depositions and any subsequent paper discovery. Thus, I respectfully request Your Honor's scheduling order of July 6, 2023 be modified so that the fact discovery cut-off is November 30, 2023, defendants' expert disclosure deadline is December 29, 2023, any rebuttal disclosures due by January 17, 2024, experts depositions to be completed by February 22, 2024, and dispositive motions to be filed on or before April 29, 2024.

**NASH CONNORS, P.C.**

Hon. Andrew T. Baxter
U.S. Magistrate Judge
September 21, 2023
Page 2


I would be happy to participate in a brief conference with Your Honor if that makes more sense to discuss this matter.

Respectfully Submitted,

**NASH CONNORS, P.C.**

*/s/ Philip M. Gulisano*

Philip M. Gulisano
gulisano@nashconnors.com

cc.    Jesse Ryder, Esq. (via CM/ECF only)