UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN COMPAGNI, INDIVIDUALLY AND AS SOLE OFFICER OF ECONOMY PAVING INC., <br><br> Plaintiffs, <br> vs. <br><br> TOWN OF CORTLANDVILLE, TOWN OF CORTLANDVILLE PLANNING BOARD, JOHN DELVECCHIO, in his Individual and Official Capacity, JOHN FOLMER, in his Individual and in his Official Capacity, KATHERINE WICKWIRE, in her Individual and in her Official Capacity,  CHRISTOPHER NEWELL, Individually and in his Official Capacity, NICHOLAS RENZI, Individually and in his Official Capacity,  NASRIN PARVIZI, Individually and in her Official Capacity, BRUCE WEBER, Individually and in his Official Capacity, RICHARD TUPPER, Individually and in his Official Capacity,  and DOES 1-100, <br><br> Defendants. | **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO QUASH SUBPOENA TO INSPECT AND/OR ISSUANCE OF PROTECTIVE ORDER PURSIANT TO F.R.C.P. RULES 45(C)(3) AND 26(C); MEMORANDUM OF LAW IN SUPPORT THEREOF** <br><br> **Civil Action No.:   5:20-cv-00489-GTS-ATB** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that on a date and time to be determined by the Court, Plaintiff Stephen Compagni will and hereby does move, pursuant to Federal Rule of Civil Procedure 45 for an order quashing the Subpoena to Permit Inspection of Premises served upon it by Defendants, Town of Cortlandville, et al. in Compagni v. Town of Cortlandville, et al., No, 5:20-cv-489(GTS/ATB) pending before this court.

The subpoena demands that Mr. Compagni permit Defendants to unrestrainedly enter his property to "inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it" despite the nonexistence of any issue of fact that would otherwise warrant such a wholesale intrusion upon his privacy.

Mr. Compagni makes this motion based on this Notice of Motion and Motion, the accompanying Memorandum of Law, the Affirmation of Plaintiff Stephen Compagni, the concurrently filed Declaration of Jesse Ryder in support thereof, the exhibits, files and records in this case, and any argument as may be presented at the hearing on the Motion.

Dated this 11th day of January, 2024        RYDER LAW FIRM

*Jesse P. Ryder*
Jesse P. Ryder, Esq.
(Bar No. 511300)
6739 Myers Road
East Syracuse, New York  13057
ryderlawfirm@gmail.com
Phone: 315-382-3617
Fax: 315-295-2502

*Counsel for Plaintiff*

Philip M. Gulisano, Esq.
Nash Connors, P.C.
344 Delaware Avenue, Suite 400
Buffalo, New York 14202