UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

STEPHEN COMPAGNI, individually and as
Sole officer of ECONOMY PAVING, INC.,

     Plaintiff,

-vs-                 Case No: 5:20-cv-00489-GTS-ATB

TOWN OF CORTLANDVILLE, TOWN OF
CORTLANDVILLE PLANNING BOARD,
JOHN DEL VECCHIO, in his individual
capacity and official capacity, JOHN FOLMER,
in his individual capacity and in his official capacity,
KATHERINE WICKWIRE, in her individual
capacity and in her official capacity, CHRISTOPHER
NEWELL, individually and in his official capacity,
NICHOLAS RENZI, individually and in his official
capacity, NASRIN PARVIZI, individually and in her
official capacity, BRUCE WEBER, individually and
in his official capacity, RICHARD TUPPER,
individually and in his official capacity, and
DOES 1-100,

     Defendants.

---

## REVISED NOTICE OF INSPECTION

PLEASE TAKE NOTICE, that on behalf of the defendants and pursuant to the enclosed subpoena, an inspection of the premises, located at 1819 NY Route 13, Cortland, New York will take place on **March 26, 2024 at 10:00am.** by defense counsel and their expert(s) for the purpose of inspecting, photographing, measuring, examining, and otherwise surveying the aforesaid property relating to any matters at issue in this litigation and for such other purposes.

DATED:   Buffalo, New York
         December 28, 2023

                                             **NASH CONNORS, P.C.**

                                             _____
                                             Philip M. Gulisano, Esq.
                                             Attorneys for Defendants
                                             Office and P.O. Address
                                             344 Delaware Avenue, Suite 400
                                             Buffalo, New York 14202
                                             Telephone: (716) 842-4121

TO:   Jesse P. Ryder, Esq.
      **RYDER LAW FIRM**
      Attorneys for Plaintiff
      Office and P.O. Address
      6739 Myers Road
      East Syracuse, New York 13057
      Telephone: (315) 382-3617

## **CERTIFICATE OF SERVICE**

     I hereby certify that on December 28, 2023, I mailed via regular U.S. mail, and e-mailed, the foregoing *Revised Notice of Inspection* dated December 28, 2023, to the following attorney at the address and email designated by said attorney for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of U.S. Postal Service within the State of New York

Jesse P. Ryder, Esq.  
Attorneys for Plaintiffs  
Ryder Law Firm  
6739 Myers Road  
East Syracuse, NY 13057  
Email: ryderlawfirm@gmail.com

**NASH CONNORS, P.C.**

*/s/ Philip M. Gulisano*

Philip M. Gulisano, Esq.  
Attorneys for Defendants  
Office and P.O. Address  
344 Delaware Avenue, Suite 400  
Buffalo, New York 14202  
Telephone: (716) 842-4121  
Email: gulisano@nashconnors.com

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of New York ▼

| | |
|---|---|
| Stephen Compagni )<br>*Plaintiff* )<br>v. )<br>Town of Cortlandville et al. )<br>*Defendant* ) | Civil Action No. 5:20-cv-489 |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Stephen Compagni, 1819 NY Route 13, Cortland, NY 13045

*(Name of person to whom this subpoena is directed)*

☐ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

| Place: | Date and Time: |
|---|---|
| | |

☑ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: Economy Paving Co. Inc., 1819 NY Route 13, Cortland, NY 13045 | Date and Time:<br>03/26/2024 10:00 am |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 12/28/2023

_____     OR     _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

CLERK OF COURT

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* **Defendants**
_____ , who issues or requests this subpoena, are:

Philip M. Gulisano, Esq., 344 Delaware Ave., Suite 400, Buffalo, NY 14202

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).