

**RESOURCE ASSOCIATES**

October 3, 2019

Bruce Weber, Town of Cortlandville Planning/Zoning Officer
Raymond Thorpe Municipal Building
3577 Terrace Road
Cortland, NY 13045

RE: Economy Paving - Stormwater Management

Dear Bruce,

As per your request and that of Town Attorneys John Folmer and John Delvecchio, I have performed the following tasks:

1. I reviewed the files submitted to the Cortland County Soil and Water Conservation District in 1999. These include:
   a. Karl Wendt drawings and comments,
   b. A LaCross Development report entitled Engineer's Report on Stormwater Management Plan for New Office/Shop, Economy Paving Co., Inc, Route 13, Cortlandville, NY dated July 12, 1999,
   c. review comments from the SWCD dated 6/3/1999 and July 23, 1999,
   d. And responses from LaCross Development dated 8/17/1999 with drawings and notes

2. I reviewed the LaCross Development report of January 2, 2019 RE: 1819 NYS Route 13, Town of Cortlandville, NY

3. I inspected the Economy Paving site during two separate rain events and snow melt over the past spring and summer. This included drainage structures along Rt 13 to the north and south of the Economy Paving site including the adjacent property to the south.

The system was certified by Brian E. Hall of the SWCD in a letter dated August 20, 1999 of being in compliance with the Stormwater Management and Erosion and Sediment Control Ordinance of the Town of Cortlandville at that time.

The storm water management system as it exists today has not changed substantially from its original construction. From field observations (no revised topographic information has been provided to confirm current conditions) runoff appears to be directed to the retention and stormwater management system as originally constructed and approved.

Based on this review and field observations, it is my opinion, that as of this date, the system is

functioning as originally built.

No comment is made regarding compliance with current Stormwater Management practices nor with conditions up gradient of the Economy site or in existence along NYS Rt 13 that may be contributing to stormwater handling in the immediate vicinity of the above site.

If you have any questions, please contact me.

Very truly yours,


Charles R. Feiszli, PE
Resource Associates

Engineering Consultants: Civil, Structural, Water, Wastewater, Environmental, Site Development
27 North Church Street, Cortland, New York 13045 Tel: 607-745-0429,email:chuckfeiszli@gmail.com

Cortlandville - 001064