We would be happy to share our observations with the Town's consultant if that would be helpful.

Amanda

---

**From:** Bruce Weber [mailto:bweber@cortlandville.org]
**Sent:** Friday, February 01, 2019 8:07 AM
**To:** Amanda A. Barber
**Cc:** Kathleen McGrath; Patrick J. Reidy; John Folmer
**Subject:** Re: Economy Paving

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Amanda,

So we are aware of what may have transpired in your review, could you tell me if any staff had conversations with the design engineer in regards to the "unusual" and "unconventional design"? Am I understanding that the stormwater plan does not fit "standard" practice? Thanks, Bruce

-----Original Message-----
From: "Amanda A. Barber" < amanda.barber@cortlandswcd.org>
To: Bruce Weber < bweber@cortlandville.org>
Cc: Kathleen McGrath < kathleen.mcgrath@cortlandswcd.org>, "Patrick J. Reidy" < patrick.reidy@cortlandswcd.org>
Date: Tue, 29 Jan 2019 22:09:57 +0000
Subject: Economy Paving

Bruce,

Given the unusual circumstances of the Economy Paving stormwater permit, and the unconventional design analyses and features used on the site, SWCD feels it would be appropriate for the Town to secure the services of an engineer familiar with these methods to evaluate the project and provide feedback to the Town and design engineer.

Amanda

*Amanda A. Barber*
*District Manager*