Stephen Compagni

**From:** Lints, William J (DEC) <william.lints@dec.ny.gov>
**Sent:** Tuesday, May 15, 2018 10:59 AM
**To:** Stephen Compagni
**Subject:** RE:

Thanks Steve, under appendix B of the new NYS DEC MSGP permit, 4210 is an exempt industrial activity from the MSGP permit.

**From:** Stephen Compagni [mailto:scompagni@acmeconcreteinc.com]
**Sent:** Tuesday, May 15, 2018 10:46 AM
**To:** Lints, William J (DEC) <william.lints@dec.ny.gov>
**Subject:** RE:

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Hi Bill

Sorry about the confusion. New number is 4210.

Steve

**From:** Lints, William J (DEC) [mailto:william.lints@dec.ny.gov]
**Sent:** Tuesday, May 15, 2018 10:34 AM
**To:** scompagni@acmeconcreteinc.com
**Cc:** Lucidi, Christopher M (DEC)
**Subject:** RE:

*D.E.C. VISIT CONDUCTED AT REQUEST OF BRUCE WEBER

Hi Steve,

I apologize for my delay, I was in and out of the office the past several days. As I stated at our site visit, I would relay everything going on at the site which shows the stormwater is managed properly. I see no signs of contaminated stormwater leaving the site under the new changes you installed recently.

The only item I still need clarification on is the SIC code. The one you submitted below is invalid. SIC codes are either a 3 or 4 digit number. As we discussed, I need this to determine your facilities eligibility for the MSGP permit. The sooner I get this information, the sooner I can relay what we discussed to the complainants.

Thanks Steve. Hope to get your information soon.

-B

**From:** Lucidi, Christopher M (DEC)
**Sent:** Friday, May 11, 2018 2:48 PM
**To:** Lints, William J (DEC) <william.lints@dec.ny.gov>
**Subject:** FW:

FYI

Christopher M Lucidi
Region 7 Mined Land Reclamation Supervisor

1