At a Surrogate's Court of the State of New York held in and for the County of Cortland at Cortland, New York.

PRESENT: Hon. Julie A Campbell, Surrogate

| | |
|---|---|
| **Probate Proceeding, Will of**<br>**John B Folmer**<br><br>Deceased. | **DECREE GRANTING PROBATE**<br>**ADMINISTRATION CTA**<br>**WITH LIMITATIONS**<br>File No. 2023-176 |

A verified petition having been filed by Tiffany F Lawrence praying for a decree admitting to probate a written instrument dated July 6, 2020 propounded as the Last Will and Testament of the above named decedent; and the nominated executor(s), if any, having renounced, failed to qualify or died; and

It satisfactorily appearing that all the persons required by law to be cited or who are interested in this proceeding have either failed to appear in response to a duly served citation or by their waiver and consent in writing duly executed and filed, waived the issuance and service upon them of a citation in this proceeding or have appeared and consented to the probate of the propounded instrument; and that notice of probate has been given to all persons entitled to such notice; and a bond having been dispensed with; and

The probate not having been contested; and proofs having been duly filed on behalf of the attesting witnesses to the foregoing testamentary instrument; and it appearing by such proofs that the same were duly executed and are genuine and valid and that the decedent at the time of executing same was in all respects competent to make a will and not under restraint; it is

ORDERED AND DECREED, that the instrument offered for probate herein be, and the same hereby is admitted to probate as the Last Will and Testament of the above-named decedent, valid to pass real and personal property, that the Will and this Decree be recorded and that Letters of Administration C.T.A., issue to Tiffany F Lawrence upon properly qualifying for such office; and it is

ORDERED AND DECREED, that the authority of such administrator c.t.a. be restricted in accordance with, and that the letters herein issued contain, the limitation(s) as follows:

Limitations/Restrictions: The administrator c.t.a is authorized to collect the assets of the estate, pay debts of the estate, and satisfy specific bequests under the last will and testament; however, the administrator c.t.a is prohibited from making any residuary distributions without prior order of this court.

DATED: September 27, 2023

Digitally signed by
Hon. Julie A. Campbell
9/27/2023, 11:22:53 AM

Julie A Campbell
Surrogate

**NOTICE OF ENTRY**

This document was entered in the Cortland County Surrogate Court Clerk's office on 9/27/2023