# Estate of John B Folmer -Surrogate's Court Index Number 2023-176

**Jesse Ryder** <ryderlawfirm@gmail.com>　　　　　　　　　　Wed, Jan 17, 6:58 PM (7 days ago)

to receptionist, Seifert

Attn: Donald Armstrong, Esq.

Counsel, please be advised that I am counsel for Stephen Compagni in a federal action entitled Compagni v. Cortlandville, et al., 5:20-cv-00489 in the Northern District of New York. As deceased Mr. Folmer was a defendant in this action, we are moving to substitute the Estate of Mr. Folmer as a defendant in the federal action. As you are counsel for the Estate of Mr. Folmer, we are putting you on notice that Mr. Compagni is making a motion to substitute the Estate of Mr. Folmer as a defendant in the federal action. Are you intending to represent the Estate in this federal action, and if so, would you be amenable to accepting service of this motion? If you are no longer representing the Estate, please confirm this is the case.

**Ryder Law Firm**
Jesse P. Ryder, Esq.
6739 Myers Road
E. Syracuse, NY 13057
(315) 382-3617
(315) 295-2502 (fax)

This email message and any attachments are intended solely for the use of the addressee named above and contains information that is privileged and confidential.  If you are not the intended recipient, any distribution, forwarding, dissemination, or copying is strictly prohibited.  If you received this email message in error, please notify  the sender immediately by replying to this email message or by telephone.  Thank you

**Jesse Ryder** <ryderlawfirm@gmail.com>　　　　　　　　　　Wed, Jan 17, 7:31 PM (7 days ago)

to receptionist, Seifert

Counsel:
As a follow up, if you and/or Pomeroy, Armstrong, Cosullo will be representing the Estate of John Folmerin Compagni v. Cortlandville, et al., 5:20-cv-00489 (NDNY),  upon filing a notice of appearance, would you considerentering into a stipulation consenting to the substitution of Defendant the Estate of John Folmer for deceased Defendant, John Folmer?
Thank you for your prompt reply.

Sincerely
Jesse Ryder

**Ryder Law Firm**

Jesse P. Ryder, Esq.
6739 Myers Road
E. Syracuse, NY 13057
(315) 382-3617
(315) 295-2502 (fax)

This email message and any attachments are intended solely for the use of the addressee named above and contains information that is privileged and confidential. If you are not the intended recipient, any distribution, forwarding, dissemination, or copying is strictly prohibited. If you received this email message in error, please notify the sender immediately by replying to this email message or by telephone. Thank you