# Estate of John Folmer
Inbox

**Jesse Ryder** <ryderlawfirm@gmail.com>  Wed, Jan 17, 5:47 PM (7 days ago)

to Philip, Seifert

Phil, could you kindly inform us if you will continue to act as counsel for the Estate of Mr. Folmer, and if so, will you accept service of the Rule 25 Motion on behalf of the Estate? In addition, are you amenable to stipulate consent to the substitution of the Estate of John Folmer which will alleviate the need to file the motion? Please advise promptly.

**Ryder Law Firm**
Jesse P. Ryder, Esq.
6739 Myers Road
E. Syracuse, NY 13057
(315) 382-3617
(315) 295-2502 (fax)

This email message and any attachments are intended solely for the use of the addressee named above and contains information that is privileged and confidential. If you are not the intended recipient, any distribution, forwarding, dissemination, or copying is strictly prohibited. If you received this email message in error, please notify the sender immediately by replying to this email message or by telephone. Thank you



**Philip M. Gulisano**  Thu, Jan 18, 10:03 AM (6 days ago)

to me, Seifert

Hi Jesse,

At this point, I cannot accept service or stipulate to the proposed relief. I just don't have the authority. I will reach out and see if I am able, and I will let you know if I am. Thanks.

Phil

-------------------------------------------------------------------------------------------------

**Philip M. Gulisano, Esq.**
Nash Connors, P.C.
344 Delaware Avenue, Suite 400
Buffalo, New York 14202
(716) 842-4121 ext. 114
(716) 432-0922 cell
(716) 842-8750 fax
Email: gulisano@nashconnors.com
Website: www.nashconnors.com

The information contained in this message is privileged and/or confidential and is intended only for the use of the individual or entity to whom it is addressed.  If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination or copying of this message is strictly prohibited. If you have received this message in error, please notify my office immediately by reply e-mail and delete the message. Thank you.

**One attachment** • Scanned by Gmail