UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

STEPHEN COMPAGNI, INDIVIDUALLY AND AS SOLE OFFICER OF ECONOMY PAVING INC.,

      Plaintiffs,

vs.

TOWN OF CORTLANDVILLE, TOWN OF CORTLANDVILLE PLANNING BOARD, JOHN DELVECCHIO, in his Individual and Official Capacity, JOHN FOLMER, in his Individual and in his Official Capacity, KATHERINE WICKWIRE, in her Individual and in her Official Capacity, CHRISTOPHER NEWELL, Individually and in his Official Capacity, NICHOLAS RENZI, Individually and in his Official Capacity, NASRIN PARVIZI, Individually and in her Official Capacity, BRUCE WEBER, Individually and in his Official Capacity, RICHARD TUPPER, Individually and in his Official Capacity, and DOES 1-100,

      Defendants.

**AFFIDAVIT OF SERVICE BY MAIL**

Civil Action No.: 5:20-cv-00489-GTS-ATB

---

I, Kristin Pember, being duly sworn, deposes and says that she is not a party to the within action, is over 18 years of age, and resides in Erieville, New York; that on the 24th day of January, 2024, Deponent served a Notice of Motion, Memorandum of Law and Affirmation of Jesse P. Ryder with Exhibits in support of a motion pursuant to FRCP 25 to substitute the Estate of John Folmer for Defendant John Folmer dated the 24th day of January 2024 upon Donald Armstrong, Esq., 16 Tompkins St, Cortland, NY 13045, the address designated by a process server for that purpose, by depositing a true copy of the same, enclosed in a postpaid properly addressed wrapper, in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York via regular First Class mail.

                                            _____
                                            Kristin Pember

Subscribed and sworn
to before me this 24th day
of January, 2024

Jesse Paul Ryder, Esq.
Notary Public, State of New York
Qual. in Madison Co. No. 02RY0018349
Commission Expires December 10, 20__

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

STEPHEN COMPAGNI, INDIVIDUALLY AND AS SOLE OFFICER OF ECONOMY PAVING INC.,

    Plaintiffs,

vs.

TOWN OF CORTLANDVILLE, TOWN OF CORTLANDVILLE PLANNING BOARD, JOHN DELVECCHIO, in his Individual and Official Capacity, JOHN FOLMER, in his Individual and in his Official Capacity, KATHERINE WICKWIRE, in her Individual and in her Official Capacity, CHRISTOPHER NEWELL, Individually and in his Official Capacity, NICHOLAS RENZI, Individually and in his Official Capacity, NASRIN PARVIZI, Individually and in her Official Capacity, BRUCE WEBER, Individually and in his Official Capacity, RICHARD TUPPER, Individually and in his Official Capacity, and DOES 1-100,

    Defendants.

**AFFIDAVIT OF SERVICE BY MAIL**

Civil Action No.: 5:20-cv-00489-GTS-ATB

---

I, Kristin Pember, being duly sworn, deposes and says that she is not a party to the within action, is over 18 years of age, and resides in Erieville, New York; that on the 24th day of January, 2024, Deponent served a Notice of Motion, Memorandum of Law and Affirmation of Jesse P. Ryder with Exhibits in support of a motion pursuant to FRCP 25 to substitute the Estate of John Folmer for Defendant John Folmer dated the 24th day of January 2024 upon Tiffany F. Lawrence, 6 Conmar Drive, Rochester, New York 14609, the address designated by a process server for that purpose, by depositing a true copy of the same, enclosed in a postpaid properly addressed wrapper, in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York via regular First Class mail.

                                                Kristin Pember

Subscribed and sworn to before me this 24th day of January, 2024

Jesse Paul Ryder, Esq.
Notary Public, State of New York
Qual. in Madison Co. No. 02RY0018349
Commission Expires December 10, 20__