UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF NEW YORK

---

STEPHEN COMPAGNI, INDIVIDUALLY AND AS
SOLE OFFICER OF ECONOMY PAVING ,INC.,

                              Plaintiff,

-vs-                        Civil Action No. 5:20-cv-00489

TOWN OF CORTLANDVILLE, TOWN OF CORTLANDVILLE
PLANNING BOARD, JOHN DELEVECCHIO, in his
Individual and Official Capacity, JOHN FOLMER,
in his Individual and in his Official Capacity,
KATHERINE WICKWIRE, in her Individual and in
her Official Capacity, CHRISTOPHER NEWELL,
Individually and in his Official Capacity,
NICHOLAS RENZI, Individually and in his Official
Capacity, NASRIN PARVIZI, Individually and in
her Official Capacity, BRUCE WEBER, Individually
and in his Official Capacity, RICHARD TUPPER,
Individually and in his Official Capacity, and
DOES 1-100,

                              Defendants.

---

VIDEOTAPED DEPOSITION

---

| | |
|---|---|
| WITNESS: | Nicholas Renzi |
| DATE: | Monday, February 13, 2023 |
| START TIME: | 10:02 a.m. |
| END TIME: | 3:13 p.m |
| LOCATION: | Town of Cortlandville Offices<br>3587 Terrace Road<br>Cortland, New York  13045 |
| REPORTER: | Cassandra S. Parker |
| JOB No.: | 14989 |

```
 1           A    You read it.
 2           Q    Yep.  I'm getting a little tried too
 3   so -- okay.  Lot of reading today.  Okay.  So you
 4   represented, though, that you did see at some point an
 5   engineering report from Chuck Feiszli?
 6           A    I think so.
 7           Q    And do you recall whether it was prior to
 8   the Cross report or after the Cross report?
 9           A    I don't remember.
10           Q    Okay.  All right.  Okay.  So you would --
11   you would agree, though, that the Town was at least in
12   possession of one engineering report from Chuck Feiszli
13   at some point?
14           A    Yeah.
15           Q    Okay.  All right.  And do you recall the
16   sum and substance of Mr. Feiszli's report?
17           A    I think he -- he said that he thought the
18   system was operating as designed.
19           Q    Okay.
20           A    With some qualifications in there.  I'd
21   have to go back and read it.
22           Q    Okay.  That's fair.  I understand.  Okay.
23   "Here's my proposal:  We ask the Court to take the
24   matter off the trial calendar and keep the case on for
25   the October/November date."  Bullet Point 2, "you will
```