```
UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF NEW YORK
```
---

STEPHEN COMPAGNI, INDIVIDUALLY AND AS
SOLE OFFICER OF ECONOMY PAVING ,INC.,

                             Plaintiff,

-vs-                       Civil Action No. 5:20-cv-00489

TOWN OF CORTLANDVILLE, TOWN OF CORTLANDVILLE
PLANNING BOARD, JOHN DELEVECCHIO, in his
Individual and Official Capacity, JOHN FOLMER,
in his Individual and in his Official Capacity,
KATHERINE WICKWIRE, in her Individual and in
her Official Capacity, CHRISTOPHER NEWELL,
Individually and in his Official Capacity,
NICHOLAS RENZI, Individually and in his Official
Capacity, NASRIN PARVIZI, Individually and in
her Official Capacity, BRUCE WEBER, Individually
and in his Official Capacity, RICHARD TUPPER,
Individually and in his Official Capacity, and
DOES 1-100,

                             Defendants.

---

VIDEOTAPED DEPOSITION

---

| | |
|---|---|
| WITNESS: | John Folmer |
| DATE: | Monday, March 20, 2023 |
| START TIME: | 10:13 a.m. |
| END TIME: | 1:55 p.m. |
| LOCATION: | Town of Cortlandville Offices<br>3587 Terrace Road<br>Cortland, New York  13045 |
| REPORTER: | Cassandra S. Parker |
| JOB No.: | 14981 |

```
 1    that soil & water did back away.  They back away
 2    completely.
 3         A    I don't know that.
 4         Q    Yep.  Okay.  So here it's asking the town
 5    to get the services of an engineer, you see that?
 6         A    I read it.
 7         Q    Okay.  Do you believe that the town ever
 8    did hire an engineer, their own engineer?
 9         A    I believe that I contacted Chuck Feiszli.
10         Q    You did.  And what did Mr. Feiszli do?
11    Did he do a report for the town?
12         A    Yes.  I think that was one of the four
13    that I was aware of --
14         Q    Yeah.
15         A    -- before I left.
16         Q    And what did Mr. -- in sum and substance
17    of Mr. Feiszli's report, do you recall?
18         A    I think -- no.  I would -- I'd want to
19    see it before I commented.
20         Q    Okay.
21         A    Because I'm not sure.
22         Q    Well, I mean, do you have any
23    recollection?
24         A    No.  I know that the four reports, one
25    came from Feiszli, one came from stormwater, one came
```