# RYDER LAW FIRM

**6739 MYERS ROAD**
**EAST SYRACUSE, NEW YORK 13057**
ryderlawfirm@gmail.com
**Phone: 315-382-3617**
**Fax: 315-295-2502**

March 29, 2024

VIA CM/ECF ONLY
Hon. Mitchell J. Katz
U.S. Magistrate Judge
U.S. District Court, Northern District of New York
James M. Hanley Federal Building
100 S. Clinton Street
Syracuse, New York 13261

Re: **COMPAGNI v. TOWN OF CORTLANDVILLE, et al.,**
**5:20-CV-00489-AMN-MJK**

Dear Judge Katz:

    I am writing to alert Your Honor of a discovery dispute between the parties. As your Honor knows, conflicts of interest by certain individual Defendants are a key issue in the Plaintiff's case. During the deposition of Defendant John DelVecchio he was asked why as a planning board member in 2014 he recused himself from a vote concerning my client's application for a permit. At that time Mr. DelVecchio indicated that he could not remember. My office followed up in October of last year requesting a more thorough response, including specific information which would allow us to fully investigate the circumstances for the recusal. Attached as Exh. 1 is the deposition testimony. Attached as Exh. 2 is my letter of October 5, 2023.

    Despite a number of renewed requests, the Defense has ignored our demand. Discovery is coming to a close in this case and I have personally reminded Mr. Gulisano that we are expecting a response to our demand or that we would be forced to request Your Honor's intervention.

Thank you for your consideration.

Respectfully submitted,

*Jesse P. Ryder*