# RYDER LAW FIRM

**6739 MYERS ROAD**
**EAST SYRACUSE, NEW YORK 13057**
ryderlawfirm@gmail.com
**Phone: 315-382-3617**
**Fax: 315-295-2502**

October 5, 2023

Philip M. Gulisano, Esq.
Nash Connors, P.C.
344 Delaware Avenue, Suite 400
Buffalo, New York 14202

      RE:    **Compagni v. Cortlandville et al.**
                   Continuing discovery demand

Dear Philip:

      Pursuant to the deposition of John DelVecchio on April 12, 2023, please provide all documentation, emails, text messages, notes and the name, address and phone numbers of any witnesses with information that can explain the reasoning for John DelVecchio's recusal from voting at the October 28, 2014 planning board meeting concerning 1657 Hillside, LLC's application. This testimony is located on pp 51-55 of John DelVecchio's deposition testimony.

                                                  Respectfully,

                                                  *Jesse P. Ryder*
                                                  Jesse P. Ryder