# RYDER LAW FIRM

**6739 MYERS ROAD**
**EAST SYRACUSE, NEW YORK 13057**
ryderlawfirm@gmail.com
**Phone: 315-382-3617**
**Fax: 315-295-2502**

May 28, 2024

VIA CM/ECF ONLY
Hon. Mitchell J. Katz
U.S. Magistrate Judge
U.S. District Court, Northern District of New York
James M. Hanley Federal Building
100 S. Clinton Street
Syracuse, New York 13261

Re: **COMPAGNI v. TOWN OF CORTLANDVILLE, et al.,**
    **5:20-CV-00489-AMN-MJK**

Dear Judge Katz:

    I am writing to request an extension for Plaintiff's expert rebuttal from May 31, 2024 to July 31, 2024. Our expert has advised that with the amount of analysis involved in his report combined with his schedule he will need the additional time to properly prepare his rebuttal. I have attempted to confer with opposing counsel, but I have not heard back from them. To adhere to the timeline as Judge Baxter had originally set forth, we would also request that the dispositive motion deadline be moved to September 16, 2024 to allow time for expert depositions.

    Thank you for your consideration.

Respectfully submitted,

*Jesse P. Ryder*

CC: Philip Gulisano (Via Efile)