# RYDER LAW FIRM

**6739 MYERS ROAD**
**EAST SYRACUSE, NEW YORK 13057**
**ryderlawfirm@gmail.com**
**Phone: 315-382-3617**
**Fax: 315-295-2502**

July 29, 2024

VIA CM/ECF ONLY
Hon. Mitchell J. Katz
U.S. Magistrate Judge
U.S. District Court, Northern District of New York
James M. Hanley Federal Building
100 S. Clinton Street
Syracuse, New York 13261

Re: **COMPAGNI v. TOWN OF CORTLANDVILLE, et al.,**
    **5:20-CV-00489-AMN-MJK**

Dear Judge Katz:

I am writing to request an additional extension for Plaintiff's expert rebuttal from July 31, 2024 to September 27, 2024. Our expert has advised that with the amount of analysis involved in his report he needs this time. I have attached a letter from him that I received this afternoon. I have spoken with opposing counsel and Phil has no objection and he is also requesting that the deadline for dispositive motions be moved to 90 days after our rebuttal report is received in September. The new deadlines would be as follows:

September 27, 2024 for Plaintiff's expert rebuttal;

October 27, 2024 for expert depositions; and,

December 27, 2024 for dispositive motions.

Thank you for your consideration.

Respectfully submitted,

*Jesse P. Ryder*

CC: Philip Gulisano (Via Efile)