

Civil and Environmental Engineering

July 29, 2024

Jesse P. Ryder, Esq.                            **Via Email:  ryderlawfirm@gmail.com**
RYDER LAW FIRM
6739 Myers Road
East Syracuse, NY 13057

RE:     Compagni vs Town of Cortlandville et al
          Case 5:20-cv-00489-GTS-ATB
          Town of Cortlandville, Cortland County, New York
          Project No. 2024P-066

Dear Mr. Ryder:

Plumley Engineering is reviewing the documentation you provided for the Compagni vs Town of Cortlandville et al claim for the property at 1819 NY Route 13 in the Town of Cortlandville.

Based on the volume of data provided and the extent of the stormwater calculations, we are requesting additional time to review the data and prepare our report.  We can have the review/analysis completed and a report generated by September 27, 2024.

Sincerely,

PLUMLEY ENGINEERING, P.C.

Julian F. Clark, P.E.

JFC

8232 LOOP ROAD, BALDWINSVILLE, NY  13027      200 NORTH GEORGE STREET, ROME, NY  13440
Telephone:  (315) 638-8587     Fax:  (315) 638-9740     Telephone:  (315) 281-1005     Fax:  (315) 334-4394
Internet:  plumleyeng.com