# RYDER LAW FIRM
**6739 MYERS ROAD**
**EAST SYRACUSE, NEW YORK 13057**
ryderlawfirm@gmail.com
**Phone: 315-382-3617**
**Fax: 315-295-2502**

October 1, 2024

VIA CM/ECF ONLY
Hon. Mitchell J. Katz
U.S. Magistrate Judge
U.S. District Court, Northern District of New York
James M. Hanley Federal Building
100 S. Clinton Street
Syracuse, New York 13261

Re: **COMPAGNI v. TOWN OF CORTLANDVILLE, et al.,**
      **5:20-CV-00489-AMN-MJK**

Dear Judge Katz:

I am writing to update the Court as to the continued discovery dispute highlighted in my filing (DKT 80) of March 29, 2024. I have provided Mr. Gulisano with a number of opportunities to provide the requested information, to no avail. Attached as an Exhibit to this letter is a copy of our meet & confer letter describing in detail the issue that remains unresolved. In response to this letter Mr. Gulisano's response has been simply, that he is unsure of what we are looking for. It has come to our attention that Mr. DelVecchio has recently resigned his position as Town Attorney for Cortlandville. I understand that at least some of the claims against Mr. DelVecchio are outside the scope of coverage of Mr. Gulisano's principal and that there has never been a consent to representation filed by Mr. Gulisano on Mr. DelVecchio's behalf. I am asking Your Honor to schedule a discovery conference to address this unresolved issue as we are now preparing for dispositive motions.

Thank you for your consideration.

Respectfully submitted,

*Jesse P. Ryder*

CC: Philip Gulisano (Via Efile)