

Daniel R. Connors
James J. Nash *
Jonathan D. Cox **
Philip M. Gulisano
Andrew J. Kowalewski

Michael B. Dixon
Special Counsel

*Also Admitted in Massachusetts
**Also Admitted in Illinois

344 Delaware Avenue, Suite 400
Buffalo, New York 14202
P: (716) 842-4121
F: (716) 842-8750
*(No Electronic Service)*

**www.NashConnors.com**
*Powered By Relationships. Driven By Results.*

Amy Pesta
Paralegal

February 18, 2025

**VIA CM/ECF ONLY**

Hon. Mitchell J. Katz
U.S. Magistrate Judge
U.S. District Court, Northern District of New York
James M. Hanley Federal Building
100 S. Clinton Street
Syracuse, NY 13261

RE:   Compagni v. Town of Cortlandville, et al.
      5:20-CV-00489-AMN-MJK

Dear Judge Katz:

Please consider this letter a joint request made by defense counsel and plaintiff's counsel for an extension of the deadline to file dispositive motions, from March 3, 2025 to April 3, 2025.

As Your Honor is aware, on January 15, 2025, counsel and their clients all appeared in Court for an extended mediation session. Although the case did not settle, Your Honor laid the groundwork for the parties to continue settlement discussions. Since January 15, 2025, the parties have made significant progress towards resolution. While a settlement has not yet been reached, nor is one guaranteed, defense counsel and plaintiff's counsel are optimistic that, through continued efforts, this case can be resolved.

Given that the parties have made such progress, we request this extension so resources (time and money) can be directed at trying to resolve this case, rather than making a dispositive motion. We believe an additional thirty (30) days would be sufficient time to allow the parties to either resolve the case or reach impasse and then have time to prepare motions.

We are certainly willing to discuss should Your Honor schedule a conference. Thank you.

Sincerely,

NASH CONNORS, P.C.

/s/ *Philip M. Gulisano*

Philip M. Gulisano
gulisano@nashconnors.com

CC:   Jesse Ryder (via CM/ECF)