UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

STEPHEN COMPAGNI, individually and as
Sole officer of ECONOMY PAVING, INC.,

Plaintiff,

-vs-                                                        Case No: 5:20-cv-00489-AMN-MJK

TOWN OF CORTLANDVILLE; TOWN OF
CORTLANDVILLE PLANNING BOARD;
JOHN DEL VECCHIO, in his individual
capacity and official capacity; TIFFANY LAWRENCE,
Executor of the Estate of John Folmer;
KATHERINE WICKWIRE, in her individual
capacity and in her official capacity; CHRISTOPHER
NEWELL, individually and in his official capacity;
NICHOLAS RENZI, individually and in his official
Capacity; NASRIN PARVIZI, individually and in her
official capacity; BRUCE WEBER, individually and
in his official capacity; RICHARD TUPPER,
individually and in his official capacity; and
DOES 1-100,

Defendants.

---

## STIPULATION OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, the

attorneys of record for the parties to the above-entitled action, that whereas no party hereto is an

infant or incompetent person for whom a committee has been appointed and no person not a party

has an interest in the subject matter of the action, the above-entitled action, including all direct and

cross claims, be and the same is hereby discontinued on the merits with prejudice, without costs to

any of the parties as against the other.  This Stipulation may be filed without further notice with the

Clerk of the Court.

DATED:      April 2 , 2025

By:___*Jesse P. Ryder*___
      Jesse P. Ryder, Esq.
      Ryder Law Firm
      Attorneys for Plaintiff
      6739 Myers Road
      East Syracuse, NY 13057
      (315) 382-3617

By:_____
      Philip M. Gulisano, Esq.
      Nash Connors, P.C.
      Attorneys for Defendants
      344 Delaware Ave., Ste 400
      Buffalo, NY 14202
      (716) 842-4121

IT IS SO ORDERED:

___*Anne M. Nardacci*___
Anne M. Nardacci
U.S. District Judge

Dated: _April 29, 2025_____
          Albany, NY